Harry Unemployment Compensation Case.
McMahon Unemployment Compensation Case.
Metz Unemployment Compensation Case.

Argued November 12, 1970. *D. Cooper,* with him *Stanford A. Segal,* and *Gatz, Cohen & O'Brien,* for claimants, appellants; *Robert H. Shoop, Jr.,* with him *Thorp, Reed & Armstrong,* for intervenor, employer; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

OPINION PER CURIAM: The decisions of the Unemployment Compensation Board of Review are vacated and the cases remanded to the Board for a determination of the labor dispute issue.

Hempfield Township Appeal.
New Stanton Borough Incorporation Case.

Argued November 12, 1970. *Robert M. Stefanon,* for appellant; *A. C. Scales,* with him *Henry E. Shaw,* and *Scales, Shaw, Lyons & Ceraso,* for appellee.

Decree affirmed.